UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN CAROL PLICHCIK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFECO INSURANCE, et al.,<br><br>　　　　Defendants. | Case No.  3:21-cv-05137-JD<br><br>**ORDER TO SHOW CAUSE** |

　　　　The last ECF docket entry in this case was the October 2022 order directing pro se plaintiff Plichcik to appear for a deposition and produce relevant documents.  Dkt. No. 53.  Plichcik did not appear at a hearing about the discovery issues, and her absence was not excused.  *See* Dkt. No. 52.  There has been radio silence since October 2022 by both parties.  A pretrial conference set for February 23, 2023, was not vacated, and neither side filed pretrial materials or appeared at the conference.

　　　　This rapidly aging case has languished.  Plichcik has been given considerable leeway in light of her pro se status, but she is still responsible for bringing this to trial or other resolution.  In light of the many delays and problems in reaching that goal, Plichcik is ordered to show cause in writing by **March 10, 2023**, why the case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

　　　　**IT IS SO ORDERED.**

Dated: February 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge